IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANA L. BARNETT,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

CASE NO. 1D17-3381

Opinion filed September 7, 2017.

An appeal from the Circuit Court for Bradford County.
Michael C. Overstreet, Judge.

Dana L. Barnett, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED.

BILBREY, WINSOR, and M.K. THOMAS, JJ., CONCUR.